# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**FEB 17 2012**

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

ALLEN POLK

Case No.      4:07CR00092 JLH

USM No.      23595-009

Kim Driggers
_____
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    General, Special    of the term of supervision.

☐   was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Violation of federal, state, or local law | February 4, 2011 |
| Special | Failure to complete court-ordered term at residential reentry facility | January 26, 2011 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:    8801

Defendant's Year of Birth:    1966

City and State of Defendant's Residence:
Little Rock, Arkansas

February 17, 2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Name and Title of Judge

February 17, 2012
_____
Date

DEFENDANT:        ALLEN POLK
CASE NUMBER:    4:07CR00092 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**24 MONTHS to run consecutive to Arkansas Department of Correction term with no Supervised Release to follow**

X    The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends defendant participate in nonresidential substance abuse treatment and mental health treatment during incarceration**.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.  ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL